FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2017 FEB -7 PM 3:46

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

FLORIDA ABOLITIONIST and JANE DOE,

   Plaintiffs,

v.

               Case No.: 6:17-cv-218-ORL-28-TBS

BACKPAGE.COM LLC, EVILEMPIRE.COM,
BIGCITY.COM, CARL FERRER, MICHAEL
LACEY, and JAMES LARKIN,

   Defendants.
_____/

**UNOPPOSED MOTION FOR DAVID BOIES
TO APPEAR PRO HAC VICE**

  David Boies, Esquire of the law firm of Boies, Schiller & Flexner LLP, pursuant to Local Rules 2.02(a), moves this Court to permit special admission to appear in the above-captioned case as Co-Counsel on behalf of Plaintiff, FLORIDA ABOLITIONIST and JANE DOE in support of same respectfully states as follows:

  1. Mr. Boies is not a resident of the State of Florida.

  2. Mr. Boies' full name, address, telephone/fax numbers and email address are:

   David Boies, Esquire
   Boies, Schiller & Flexner LLP
   333 Main Street
   Armonk, NY 10504
   Telephone: 914-749-8200; Facsimile: 914-749-8300
   dboies@bsfllp.com

  3. Mr. Boies is an attorney of legal age, licensed to practice law since March 27, 1967 in the State of New York, and is a member in good standing with State of New York Bar. In addition, Mr. Boies is a member in good standing in the United States District Court of the Southern District of New York (admitted on September 6, 1991), as well as the United States District Court of the Eastern District of New York (admitted on June 5, 1981).

4. Mr. Boies does not maintain a regular practice of law in the State of Florida nor has he appeared in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

5. Mr. Boies is not a member of the Bar of the State of Florida.

6. Mr. Boies has submitted his Special Admission Certification and the requisite fee with that submission to the Clerk of the Court.

7. Mr. Boies will read, become familiar with and abide by the Local Rules of this Court.

8. Mr. Boies certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of _Florida_, nor any other state or federal court.

9. The undersigned, Karen C. Dyer, is a resident of the State of Florida and is a member of the Bar of the State of Florida and of this Court.

### Rule 3.01(g) Certification

Counsel for Plaintiffs FLORIDA ABOLITIONIST and Jane Doe is authorized to represent that he has conferred with All Counsel and there are no objections to this Motion.

**WHEREFORE**, Movant respectfully requests the entry of an order authorizing the special admission appearance of David Boies in the above-captioned case.

Date: 2/7, 2017

Respectfully submitted,

By: /s/David Boies
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: 914-749-8200
Fax: 914-749-8300
dboies@bsfllp.com

Date: February 7, 2017                By: /s/Karen C. Dyer
                                                  Florida Bar No. 716324
                                                  BOIES, SCHILLER & FLEXNER LLP
                                                  121 South Orange Avenue, Suite 840
                                                  Orlando, Florida 32801
                                                  Telephone: 407-425-7118
                                                  Facsimile: 407-425-7047
                                                  kdyer@bsfllp.com

*Attorneys for Plaintiffs Florida Abolitionist and Jane Doe.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document has been hand delivered to the Clerk of Court for the United States District Court for the Middle District of Florida for filing on February 7, 2017.

/s/ Karen Dyer
Karen Dyer