FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2017 FEB -7 PM 3: 46

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

FLORIDA ABOLITIONIST and JANE DOE,

    Plaintiffs,

v.

BACKPAGE.COM LLC, EVILEMPIRE.COM, BIGCITY.COM, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN,

    Defendants.

Case No.: 6:17-CV-218-ORL-28-TBS

_____/

**WRITTEN DESIGNATION AND CONSENT TO ACT BY DAVID BOIES**

Pursuant to Local Rules 2.02(a), David Boies, Esquire of the law firm of Boies, Schiller & Flexner LLP, hereby submits this Written Designation and Consent to Act on the part of Karen C. Dyer, Esquire of Boies, Schiller & Flexner LLP, Counsel for Plaintiffs FLORIDA ABOLITIONIST and JANE DOE.

Mr. Boies is admitted to practice law in the State of New York, and has been a member in good standing of the State of New York Bar since March 27, 1967.

Mr. Boies is not a member of the bar of the State of Florida.

Mr. Boies is a member in good standing in the United States District Court of the Southern District of New York (admitted on September 6, 1991), as well as the United States District Court of the Eastern District of New York (admitted on June 5, 1981)/

Mr. Boies, who represents Plaintiffs FLORIDA ABOLITIONIST and JANE DOE in the above-captioned action, hereby designates Karen C. Dyer as local counsel upon whom all notices and papers for Plaintiffs FLORIDA ABOLITIONIST and JANE DOE may be served in addition to himself, and who will be responsible for the progress of the case in accordance with the Local Rules.

2

Karen C. Dyer by signing below hereby consents to such designation.

Date: February 7, 2017

Respectfully submitted,

By /s/David Boies
New York Bar No. DB4399
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: 914-749-8200
Facsimile: 914-749-8300
dboies@bsfllp.com

Date: February 7, 2017

By: /s/Karen C. Dyer
Florida Bar No. 716324
BOIES, SCHILLER & FLEXNER LLP
121 South Orange Avenue, Suite 840
Orlando, Florida 32801
Telephone: 407-425-7118
Facsimile: 407-425-7047
kdyer@bsfllp.com

*Attorneys for Plaintiffs Florida Abolitionist and Jane Doe.*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document has been hand delivered to the Clerk of Court for the United States District Court for the Middle District of Florida for filing on February 7, 2017.

/s/ Karen Dyer
Karen Dyer