FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION 2017 FEB -7 PM 3: 48

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

FLORIDA ABOLITIONIST and JANE DOE,

Plaintiffs,

v.

Case No.: 6:17-cv-218-ORL-28-TBS

BACKPAGE.COM LLC, EVILEMPIRE.COM,
BIGCITY.COM, CARL FERRER, MICHAEL
LACEY, and JAMES LARKIN,

Defendants.

_____/

### UNOPPOSED MOTION FOR KAREN CHESLEY TO APPEAR PRO HAC VICE

Karen Chesley, Esquire of the law firm of Boies, Schiller & Flexner LLP, pursuant to Local Rule 2.02(a), moves this Court to permit special admission to appear in the above-captioned case as co-counsel on behalf of Plaintiffs, FLORIDA ABOLITIONIST and JANE DOE in support of same respectfully states as follows:

1. Ms. Chesley is not a resident of the State of Florida.

2. Ms. Chesley's full name, address, telephone/fax numbers and email address are:

Karen Chesley
Boies, Schiller &Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: 212-446-2300
Fax: 212-446-2350
kchesley@bsfllp.com

3. Ms. Chesley is an attorney of legal age, licensed to practice law in the State of New York, and has been a member in good standing since June 23, 2010.

4. Ms. Chesley does not maintain a regular practice of law in the State of Florida nor has she appeared in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

5. Ms. Chesley is admitted to practice and is a member in good standing in the U.S. District Court for the Southern District of New York. She was admitted to this court on April 21, 2014.

6. Ms. Chesley is admitted to practice and is a member in good standing in the United States District Court for the Eastern District of New York. She was admitted to this court on April 23, 2014.

7. Ms. Chesley has submitted her Special Admission Certification and the requisite fee with that submission to the Clerk of the Court.

8. Ms. Chesley will read, become familiar with and abide by the Local Rules of this Court.

9. Ms. Chesley certifies that she has never been disbarred and is not currently suspended from the practice of law in the State of New York, nor any other state or federal court.

10. The undersigned, Karen C. Dyer, is a resident of the State of Florida and is a member of the Bar of the State of Florida and of this Court.

### Rule 3.01(g) Certification

Counsel for Plaintiffs FLORIDA ABOLITIONIST and JANE DOE is authorized to represent that she has conferred with All Counsel and there are no objections to this Motion.

**WHEREFORE**, Movant respectfully requests the entry of an order authorizing the special admission appearance of Karen Chesley in the above-captioned case.

Date: February 7, 2017

Respectfully submitted,

By: _____
New York Bar No. 4829495
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York  10022
Telephone: 212-446-2300
Fax: 212-446-2350
kchesley@bsfllp.com

*Attorney for Plaintiffs Florida Abolitionist and Jane Doe.*

Date: February 7, 2017

By: /s/Karen C. Dyer _____
Florida Bar No. 716324
BOIES, SCHILLER & FLEXNER LLP
121 South Orange Avenue, Suite 840
Orlando, Florida 32801
Telephone: 407-425-7118
Facsimile: 407-425-7047
kdyer@bsfllp.com

*Attorneys for Plaintiffs Florida Abolitionist and Jane Doe.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document has been hand delivered to the Clerk of Court for the United States District Court for the Middle District of Florida for filing on February 7, 2017.

/s/ Karen Dyer
Karen Dyer