FILED

2017 FEB -7 PM 3:48

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA ABOLITIONIST and JANE DOE,

    Plaintiffs,

v.

BACKPAGE.COM LLC, EVILEMPIRE.COM,
BIGCITY.COM, CARL FERRER, MICHAEL
LACEY, and JAMES LARKIN,

    Defendants.

Case No.: 6:17-CV-218-ORL-28-TBS

_____/

## WRITTEN DESIGNATION AND CONSENT TO ACT BY KAREN CHESLEY

Pursuant to Local Rule 2.02(a), Karen Chesley, Esquire of the law firm of Boies, Schiller & Flexner LLP, hereby submits this Written Designation and Consent to Act on the part of Karen C. Dyer, Esquire of Boies, Schiller & Flexner LLP, Counsel for Plaintiffs FLORIDA ABOLITIONIST and JANE DOE.

Ms. Chesley is admitted to practice law in the State of New York as of June 23, 2010, and is a member in good standing with the State of New York Bar.

Ms. Chesley is not a member of the bar of the State of Florida.

Ms. Chesley is a member in good standing in the United States District Court for the Southern District of New York (admitted April 21, 2014) as well as the United States District Court for the Eastern District of New York (admitted April 23, 2014).

Ms. Chesley, who represents Plaintiffs FLORIDA ABOLITIONIST and JANE DOE in the above-captioned action, hereby designates Karen C. Dyer as local counsel upon whom all notices and papers for Plaintiffs FLORIDA ABOLITIONIST and JANE DOE may be served in addition to herself, and who will be responsible for the progress of the case in accordance with the Local Rules.

Karen C. Dyer by signing below hereby consents to such designation.

Date: February 7, 2017

Respectfully submitted,

By: _____
New York Bar No. 4829495
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
Telephone: 212-446-2300
Fax: 212-446-2350
kchesley@bsfllp.com

Date: February 7, 2017

By: /s/Karen C. Dyer
Florida Bar No. 716324
BOIES, SCHILLER & FLEXNER LLP
121 South Orange Avenue, Suite 840
Orlando, Florida 32801
Telephone: 407-425-7118
Facsimile: 407-425-7047
kdyer@bsfllp.com

*Attorneys for Plaintiffs Florida Abolitionist and Jane Doe.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document has been hand delivered to the Clerk of Court for the United States District Court for the Middle District of Florida for filing on February 7, 2017.

/s/ Karen Dyer
Karen Dyer