UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA ABOLITIONIST and JANE DOE,

    Plaintiffs,

v.    Case No:   6:17-cv-218-Orl-28TBS

BACKPAGE.COM LLC, EVILEMPIRE.COM, BIGCITY.COM, CARL FERRER, MICHAEL LACEY and JAMES LARKIN,

    Defendants.

## ORDER

This case comes before the Court on Plaintiffs' Unopposed Motion for David Boies to Appear Pro Hac Vice (Doc. 3), and Plaintiffs' Unopposed Motion for Karen Chesley to Appear Pro Hac Vice (Doc. 5). The Court has reviewed the motions and finds that Mr. Boies and Ms. Chesley meet the requirements of M.D. FLA. R. 2.02(a). Accordingly, the motions are **GRANTED** and these attorneys are admitted to appear *pro hac vice* on behalf of Plaintiffs. Both attorneys are affiliated with Boies, Schiller & Flexner LLP. Mr. Boies' address is 333 Main Street, Armonk, New York 10504 and Ms. Chesley's address is 575 Lexington Avenue, 7th Floor, New York, New York 10022.

The Middle District of Florida utilizes a case management electronic filing system ("CM/ECF"). Within ten days of the date of this Order, Mr. Boies and Ms. Chesley shall register to participate and docket in CM/ECF or show cause in writing within that time frame why they are unable to participate.[1]

---

[1] Counsel shall visit the Court's website located at www.flmd.uscourts.gov and click on the

Any attorney appearing in this Court pursuant to M.D. F<small>LA</small>. R. 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar." M.D. F<small>LA</small>. R. 2.02(c).

Attorney Karen C. Dyer, a member of the bar of this Court with offices at 121 South Orange Avenue, Suite 840, Orlando, Florida 32801 has consented to the designation of local counsel. She shall accept service of all notices and papers on behalf of Plaintiffs and is responsible for the progress of the case, including the trial, in default of the non-resident attorneys.

**DONE** and **ORDERED** in Orlando, Florida on February 8, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties

---

"CM/ECF" tab for more information. The Court has an expectation that counsel will participate in the CM/ECF training tutorials provided on the website prior to using the system.