# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FLORIDA ABOLITIONIST and JANE DOE,**

      **Plaintiffs,**

v.	Case No: 6:17-cv-218-Orl-28TBS

**BACKPAGE.COM LLC, EVILEMPIRE.COM, BIGCITY.COM, CARL FERRER, MICHAEL LACEY and JAMES LARKIN,**

      **Defendants.**

## NOTICE

On Monday July 12, 2004, the United States District Court for the Middle District of Florida converted to a mandatory paperless electronic filing system: CM/ECF. Extensive notice of this conversion was provided via the Middle District of Florida's web-page, announcements, and numerous mailings.

All attorneys appearing before this court shall begin using the CM/ECF docket system within 14 days of their entry of appearance in any action pending before this Court.

Counsel are directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where they can request their password from the Court. Counsel are strongly encouraged to take the tutorials offered on the website under "Training" before using the system.

Dated February 8, 2017.

JOHN ANTOON II
United States District Judge