**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FLORIDA ABOLITIONIST and JANE DOE,

        Plaintiffs,

v.

BACKPAGE.COM, LLC,
EVILEMPIRE.COM, BIGCITY.COM,
CARL FERRER, MICHAEL LACEY, and
JAMES LARKIN,

        Defendants.
_____/

Case No.: 6:17-cv-218-Orl-28TBS

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**

Defendants BACKPAGE.COM, LLC, EVIL EMPIRE.COM, BIGCITY.COM, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN (collectively, "Defendants"), pursuant to MD Local Rule 3.01(d), move this Court for an order authorizing the filing of a reply to Plaintiffs FLORIDA ABOLITIONIST's and JANE DOE's (hereinafter, "Plaintiffs") Opposition to Defendants' Motion to Dismiss, ECF # 52 (hereinafter "Opposition"), and in support state:

    1.    Defendants have filed a twenty-five (25) page Opposition to Defendants' Motion to Dismiss raising issues and arguments that Defendants could not reasonably have anticipated when filing their Motion. A short reply is therefore warranted to allow Defendants to respond to the following points:

1

2.	*First*, in their Opposition, Plaintiffs cite a state court's summary judgment order in *J.S. v. Village Voice Media Holdings, LLC.,* No. 12-211362-4 (Wash. Super. Ct. May 26, 2017), and attach it as an Exhibit to the Opposition. ECF # 52-2.  That ruling was rendered after Defendants filed their Motion to Dismiss. Therefore, Defendants should have a chance to explain why the ruling – which contained no legal analysis – does not change the outcome in this case, or alter any of the black letter principles of federal law relied upon by Defendants.

3.	*Second*, Plaintiffs heavily rely upon purported factual "findings" in a staff report issued by a subcommittee of the U.S. Senate ("Staff Report"), which Plaintiffs attached to their Opposition. ECF # 52-1.  At the same time, Plaintiffs argue that this Court should disregard the various factual determinations and matters of public record reflected in numerous judicial decisions involving Backpage.com. ECF # 52 at p. 3.  Defendants seek an opportunity to respond to Plaintiffs' use of the Staff Report.

4.	*Third*, Defendants request the opportunity to respond to Plaintiffs' effort to distinguish the directly on-point decision in *Jane Doe No. 1 v. Backpage*, 817 F.3d 12 (1st Cir. 2016).  Plaintiffs' current effort to brush aside that case is at odds with Plaintiff Florida Abolitionist's prior statements regarding the case when, as *amicus curiae*, it unsuccessfully urged the U.S. Supreme Court to review the First Circuit's ruling.  Defendants should be permitted to bring this inconsistency to this Court's attention.

5.	*Fourth*, and finally, Plaintiffs seek to avoid the undisputed two-year statute of limitations governing Ms. Doe's defamation claim by invoking concepts of "equitable estoppel" and "equitable tolling." ECF # 52, pp. 19-21. Defendants could not have

reasonably anticipated this attempt to avoid the statutory bar to its claims, and should be permitted an opportunity to demonstrate why these equitable arguments fail.

6. Defendants anticipate that the length of the proposed reply would be no more than twelve (12) pages.

7. Pursuant to MD Local Rule 3.01(g), counsel for Defendants have conferred with opposing counsel, who consents to the relief requested in this Motion, but reserves their right to seek leave to file a sur-reply of no more than five (5) pages, if the Reply raises any new issues.

## MEMORANDUM OF LAW

MD Local Rule 3.01(d) contemplates the filing of a reply, with permission of the Court. This Court can lift the restriction on filing replies to ensure the fair and just determination of all proceedings. MD Local Rule 1.01(b) & (c). "The purpose of a reply brief is to rebut any new law or facts contained in the oppositions [sic] response to a request for relief before the Court." *Promenades Mall (E&A), LLC v. Allstate Insurance Company*, 2008 WL 11334927 *1 (M.D. Fla., Aug. 12, 2008) (granting leave to file reply); *see also, Ottaviano v. Nautilus Insurance Company*, 2009 WL 425976 *1 (M.D. Fla., Feb. 19, 2009) (permitting a reply where motion asserts that, *inter alia*, case law cited in opposition should not be applied to the facts of the present case). The instant motion meets the requirements of MD Local Rule 3.01(d), and Defendants have shown good cause to file a reply.

WHEREFORE, Defendants request that this Court enter an order permitting Defendants to file a reply to the Opposition that does not exceed twelve (12) pages, within seven (7) days from the order.

                                                   /s/ *Lawrence G. Walters*

                                           Lawrence G. Walters
                                           Florida Bar No.: 0776599
                                           **Walters Law Group**
                                           195 W. Pine Ave.
                                           Longwood, FL 32750-4104
                                           Telephone: (407) 975-9150
                                           Facsimile: (408) 774-6151
                                           Email: Larry@FirstAmendment.com
                                           Email: Paralegal@FirstAmendment.com

                                           Robert Corn-Revere *(pro hac vice)*
                                           *Lead Trial Counsel*
                                           Ronald London *(pro hac vice)*
                                           **Davis, Wright, Tremaine LLP**
                                           1919 Pennsylvania Ave. NW, Suite 800
                                           Washington, D.C. 20006
                                           Telephone: (202) 973-4200
                                           Facsimile: (202) 973-4499
                                           Email: ronnielondon@dwt.com
                                                      bobcornrevere@dwt.com

                                           *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed through the CM/ECF system on June 20, 2017, which will serve a copy by email on the following: Karen C. Dyer, Esq., kdyer@bsfllp.com, Boies, Schiller, Flexner, LLP, 121 South Orange Avenue, Suite 840, Orlando, FL 32801; David Boies, Esq., dboies@bsfllp.com, Boies, Schiller, Flexner, LLP, 333 Main Street, Armonk, NY 10504; Karen Chesley, Esq., kchesley@bsfllp.com, Boies, Schiller, Flexner, LLP, 575 Lexington Avenue, New York, NY 10022; Joanna Wright, Esq., jwright@bsfllp.com, Boies, Schiller, Flexner, LLP, 575 Lexington Avenue, New York, NY 10022; Alexander Boies, Esq., aboies@bsfllp.com, Boies, Schiller, Flexner, LLP, 575 Lexington Avenue, New York, NY 10022, and via U.S. Mail to Penny Venetis, Esq., Legal Momentum, 16 East 34th Street, New York, NY 10016.

                                              _____
                                              Lawrence G. Walters