UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FLORIDA ABOLITIONIST and JANE DOE,**

      **Plaintiffs,**

v.                                        Case No: 6:17-cv-218-Orl-28TBS

**BACKPAGE.COM LLC,
EVILEMPIRE.COM, BIGCITY.COM,
CARL FERRER, MICHAEL LACEY, and
JAMES LARKIN,**

      **Defendants.**

## ORDER

This case is before the Court on Defendants' Objections to Magistrate's Order Regarding Discovery (Doc. 75). In that Order (Doc. 72), the assigned magistrate judge denied Defendants' request to stay discovery pending resolution of Defendant's motion to dismiss (Doc. 42) and ordered that discovery shall move forward in this case in a single phase. Plaintiffs responded to Defendant's objections to the Order, (Doc. 79), and with permission of the Court, Defendants filed a Reply (Doc .82).

"A judge of the court may reconsider any pretrial matter . . . where it has been shown that the magistrate judge's order [on that matter] is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A). Defendants have not established that the magistrate judge's Order (Doc. 72) is clearly erroneous or contrary to law, and therefore their objections to

that Order are **OVERRULED**. Discovery shall proceed as set forth in the magistrate judge's Order.

  **DONE** and **ORDERED** in Orlando, Florida, on December 21st, 2017.

                 JOHN ANTOON II
                 United States District Judge

Copies furnished to:
Counsel of Record