**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FLORIDA ABOLITIONIST and JANE DOE,

Plaintiffs,

Case No.: 6:17-cv-218-Orl-28TBS

v.

BACKPAGE.COM, LLC, EVILEMPIRE.COM, BIGCITY.COM, CARL FERRER, MICHAEL LACEY, and JAMES LARKIN,

Defendants.
________________________________________/

## MOTION TO WITHDRAW BY DAVIS WRIGHT TREMAINE LLP

Pursuant to MD Local Rule 2.03, attorneys Robert Corn-Revere, Ronald London, and James C. Grant, of Davis Wright Tremaine, LLP, ("DWT") hereby move to withdraw as counsel of record for Defendants Carl Ferrer and Backpage.com, LLC ("Backpage.com Defendants"), and state:

1. DWT seeks to withdraw from this representation based on professional considerations, and because of recent events surrounding and communications with the Backpage Defendants. Accordingly, DWT has determined valid grounds exist such that they can no longer represent the Backpage.com Defendants.

2. Withdrawal will not result in a continuance of the trial in this matter.

3. DWT has notified opposing counsel and the Backpage Defendants, in writing, of their intent to withdraw from this representation. The undersigned will serve a copy of this Motion on the Backpage.com Defendants concurrently with its filing.

4. Pursuant to MD Local Rule 3.01(g), DWT has conferred with counsel for Plaintiffs, who do not object to withdrawal.

## Memorandum of Law

The Court may permit withdrawal of an attorney who has entered an appearance pursuant to MD Local Rule 3.01(b). Withdrawal is warranted in this instance.

Wherefore, Robert Corn-Revere, Ronald London, and James C. Grant, and the law firm of Davis Wright Tremaine, LLP request that they be granted leave to withdraw as counsel for the Backpage Defendants.

*/s/ Robert Corn-Revere*
_____
Robert Corn-Revere *(pro hac vice)*
*Lead Trial Counsel*
Ronald London *(pro hac vice)*
James C. Grant *(pro hac vice)*
**Davis Wright Tremaine LLP**
1919 Pennsylvania Ave. NW, Suite 800
Washington, D.C.  20006
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: ronnielondon@dwt.com
bobcornrevere@dwt.com
jimgrant@dwt.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed through the CM/ECF system on May 4th, 2018, which will serve a copy by email on all counsel of record. A true and correct copy is also provided via U.S. mail to Carl Ferrer and Backpage.com, LLC, 13601 Preston Road Suite E801, Dallas, TX 75240, and Nanci L. Clarence, Esq., Clarence Dyer & Cohen LLP, 899 Ellis Street, San Francisco, CA 94109, criminal defense counsel for Defendant Ferrer.

*/s/ Robert Corn-Revere*
_____
Robert Corn-Revere