**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FLORIDA ABOLITIONIST and JANE DOE,

              Plaintiffs,

v.

BACKPAGE.COM, LLC,
EVILEMPIRE.COM, BIGCITY.COM,
CARL FERRER, MICHAEL LACEY, and
JAMES LARKIN,

              Defendants.
_____/

Case No.: 6:17-cv-218-Orl-28TBS

## **MOTION TO WITHDRAW BY WALTERS LAW GROUP**

Pursuant to MD Local Rule 2.03, attorney Lawrence G. Walters, of Walters Law Group, ("WLG") hereby moves to withdraw as counsel of record for Defendants Carl Ferrer and Backpage.com, LLC ("Backpage.com Defendants"), and states:

1. WLG seeks to withdraw from this representation based on professional considerations, and because of recent events surrounding and communications with the Backpage Defendants. Accordingly, WLG has determined valid grounds exist such that they can no longer represent the Backpage.com Defendants.

2. Withdrawal will not result in a continuance of the trial in this matter.

3. WLG has notified opposing counsel and the Backpage Defendants, in writing, of their intent to withdraw from this representation. The undersigned will serve a copy of this Motion on the Backpage.com Defendants concurrently with its filing.

4. Pursuant to MD Local Rule 3.01(g), WLG has conferred with counsel for Plaintiffs, who do not object to withdrawal.

### Memorandum of Law

The Court may permit withdrawal of an attorney who has entered an appearance pursuant to MD Local Rule 3.01(b). Withdrawal is warranted in this instance.

Wherefore, Lawrence G. Walters and Walters Law Group requests that they be granted leave to withdraw as counsel for the Backpage Defendants.

_____
Lawrence G. Walters
Florida Bar No.: 0776599
**Walters Law Group**
195 W. Pine Ave.
Longwood, FL 32750-4104
Telephone: (407) 975-9150
Facsimile: (407) 774-6151
Email: Larry@FirstAmendment.com
Email: Paralegal@FirstAmendment.com

*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed through the CM/ECF system on May 4th, 2018, which will serve a copy by email on all counsel of record. A true and correct copy is also provided via U.S. mail to Carl Ferrer and Backpage.com, LLC, 13601 Preston Road Suite E801, Dallas, TX 75240, and Nanci L. Clarence, Esq., Clarence Dyer & Cohen LLP, 899 Ellis Street, San Francisco, CA 94109, criminal defense counsel for Defendant Ferrer.

_____
Lawrence G. Walters