UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA ABOLITIONIST, INC., JANE DOE #1, JANE DOE #2, and SUSAN ROE,

    Plaintiffs,

v.

Case No:   6:17-cv-218-Orl-28TBS

BACKPAGE.COM LLC, CARL FERRER, MICHAEL LACEY, JAMES LARKIN, WEBSITE TECHNOLOGIES, LLC, IC HOLDINGS LLC, DARTMOOR HOLDINGS LLC, CAMARILLO HOLDINGS LLC, ATLANTISCHE BEDRIJVEN C.V., KICKAPOO RIVER INVESTMENTS, LLC, AMSTEL RIVER HOLDINGS LLC, POSTFASTER LLC, CLASSIFIED SOLUTIONS LTD, MEDALIST HOLDINGS, INC., ADTECH B.V., UGC TECH GROUP, C.V., POSTING SOLUTIONS LLC and CEREUS PROPERTIES LLC,

    Defendants.

## ORDER

    The Motion to Withdraw by Davis Wright Tremaine, LLP (Doc. 93), and the Motion to Withdraw by Walters Law Group (Doc. 94) are **DENIED without prejudice**. First, attorneys, not law firms, appear and represent clients in court proceedings. Accordingly, the lawyers who have appeared in the case, and not their firms, should file motions for leave to withdraw. Second, counsel should comply with Local Rule 2.03(b) before filing their motions to withdraw. Then, the motions should demonstrate compliance with the local rule.

**DONE** and **ORDERED** in Orlando, Florida on May 7, 2018.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties