# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

FLORIDA ABOLITIONIST and JANE DOE,

                Plaintiffs,

v.

BACKPAGE.COM, LLC,
EVILEMPIRE.COM, BIGCITY.COM,
CARL FERRER, MICHAEL LACEY, and
JAMES LARKIN,

                Defendants.

       Case No.: 6:17-cv-218-Orl-28TBS

_____/

## AMENDED[1] MOTION TO WITHDRAW AS COUNSEL

Pursuant to MD Local Rule 2.03, attorney Lawrence G. Walters, of Walters Law Group ("Attorney"), hereby moves to withdraw as counsel of record for Defendants Carl Ferrer and Backpage.com, LLC ("Backpage.com Defendants"), and states:

1. Attorney seeks to withdraw from this representation based on professional considerations, and because of recent events surrounding and communications with the Backpage Defendants. Accordingly, Attorney has determined valid grounds exist such that they can no longer represent the Backpage.com Defendants.

2. Withdrawal will not result in a continuance of the trial in this matter.

3. Pursuant to MD Local Rule 2.03(b), the undersigned certifies that on May 1, 2018 he provided advance written notice of his intent to withdraw by email to the Backpage Defendants

---

[1] Amended to comply with this Court's Order dated May 7, 2018 (ECF # 95).

c/o Nanci Clarence, Esq., criminal defense counsel for Defendant Ferrer,[2] with a contemporaneous copy by U.S. mail directly to the Backpage Defendants at their last known address, along with a follow-up copy transmitted via facsimile to Nanci Clarence, Esq., on May 2, 2018. Additional information regarding these communications can be provided to the Court, *in camera*, if requested.

4.  Further, on May 2, 2018, the undersigned notified opposing counsel, in writing, of his intent to withdraw from this representation.

5.  The undersigned will serve a copy of this Motion on the Backpage.com Defendants concurrently with its filing.

6.  Pursuant to MD Local Rule 3.01(g), the undersigned has conferred with counsel for Plaintiffs, who do not object to withdrawal.

**Memorandum of Law**

The Court may permit withdrawal of an attorney who has entered an appearance pursuant to MD Local Rule 2.03(b). The requirements of the Local Rule have been satisfied. Withdrawal is therefore warranted in this instance.

Wherefore, Lawrence G. Walters requests that he be granted leave to withdraw as counsel for the Backpage Defendants.

_____
Lawrence G. Walters
Florida Bar No.: 0776599
**Walters Law Group**
195 W. Pine Ave.
Longwood, FL 32750-4104
Telephone: (407) 975-9150
Facsimile: (407) 774-6151

---

[2] Defendant Carl Ferrer is the CEO of Backpage.com, LLC

2

Email: Larry@FirstAmendment.com<br>
Email: Paralegal@FirstAmendment.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed through the CM/ECF system on May 14th, 2018, which will serve a copy by email on all counsel of record. A true and correct copy is also provided via U.S. mail to Carl Ferrer at 2531 Tumbleweed Way, Frisco, TX 75034, and at 7409 Kingsbarns, The Colony, TX 75056, to Carl Ferrer and Backpage.com, LLC, at 13601 Preston Road Suite E801, Dallas, TX 75240, and to Nanci L. Clarence, Esq., at Clarence Dyer & Cohen LLP, 899 Ellis Street, San Francisco, CA 94109.

_____
Lawrence G. Walters