# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

FLORIDA ABOLITIONIST and JANE DOE,

        Plaintiffs,

v.

BACKPAGE.COM, LLC,
EVILEMPIRE.COM, BIGCITY.COM,
CARL FERRER, MICHAEL LACEY, and
JAMES LARKIN,

        Defendants.
_____/

Case No.: 6:17-cv-218-Orl-28TBS

## AMENDED[1] MOTION TO WITHDRAW AS COUNSEL

Pursuant to MD Local Rule 2.03, attorneys Robert Corn-Revere, Ronald London, and James C. Grant, of Davis Wright Tremaine LLP ("Attorneys"), hereby move to withdraw as counsel of record for Defendants Carl Ferrer and Backpage.com, LLC ("Backpage.com Defendants"), and state:

1. Attorneys seek to withdraw from this representation based on professional considerations, and because of recent events surrounding and communications with the Backpage Defendants. Accordingly, Attorneys have determined valid grounds exist such that they can no longer represent the Backpage.com Defendants.

2. Withdrawal will not result in a continuance of the trial in this matter.

3. Pursuant to MD Local Rule 2.03(b), the undersigned certify that on April 20, 2018, they provided the Backpage Defendants advance written notice of their intent to withdraw

---

[1] Amended to comply with this Court's Order dated May 7, 2018 (ECF # 95).

through correspondence directed to Carl Ferrer and Backpage.com, LLC, c/o Nanci Clarence, Esq., criminal defense counsel for Defendant Ferrer.[2]  The Backpage Defendants acknowledged receipt of the notice of withdrawal, in writing, on April 24, 2018.  Additional information regarding these communications can be provided to the Court, *in camera*, if requested.

    4.  Further, on May 2, 2018, attorneys notified opposing counsel, in writing, of their intent to withdraw from this representation.

    5.  The undersigned will serve a copy of this Motion on the Backpage.com Defendants concurrently with its filing.

    6.  Pursuant to MD Local Rule 3.01(g), the undersigned have conferred with counsel for Plaintiffs, who do not object to withdrawal.

## Memorandum of Law

The Court may permit withdrawal of an attorney who has entered an appearance pursuant to MD Local Rule 2.01(b).  The requirements of the Local Rule have been satisfied.  Withdrawal is therefore warranted in this instance.

Wherefore, Attorneys request that they be granted leave to withdraw as counsel for the Backpage Defendants.

---

[2] Defendant Ferrer is the CEO of Backpage.com, LLC

/s/ *Robert Corn-Revere*
_____
Robert Corn-Revere *(pro hac vice)*
*Lead Trial Counsel*
Ronald London *(pro hac vice)*
James C. Grant *(pro hac vice)*
**Davis Wright Tremaine LLP**
1919 Pennsylvania Ave. NW, Suite 800
Washington, D.C.  20006
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
Email: ronnielondon@dwt.com
          bobcornrevere@dwt.com
          jimgrant@dwt.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed through the CM/ECF system on May 14, 2018, which will serve a copy by email on all counsel of record.  A true and correct copy is also provided via U.S. mail to Carl Ferrer at 2531 Tumbleweed Way, Frisco, TX 75034, and at 7409 Kingsbarns, The Colony, TX 75056, to Carl Ferrer and Backpage.com, LLC, at 13601 Preston Road, Suite E801, Dallas, TX 75240, and to Nanci L. Clarence, Esq., at Clarence Dyer & Cohen LLP, 899 Ellis Street, San Francisco, CA 94109.

/s/ *Robert Corn-Revere*
_____
Robert Corn-Revere