UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA ABOLITIONIST, INC., JANE DOE #1, JANE DOE #2; and SUSAN ROE,

    Plaintiffs,

v.                                  Case No:   6:17-cv-218-Orl-28TBS

BACKPAGE.COM LLC, CARL FERRER, MICHAEL LACEY, JAMES LARKIN, WEBSITE TECHNOLOGIES, LLC, IC HOLDINGS LLC, DARTMOOR HOLDINGS LLC, CAMARILLO HOLDINGS LLC, ATLANTISCHE BEDRIJVEN C.V., KICKAPOO RIVER INVESTMENTS, LLC, AMSTEL RIVER HOLDINGS LLC, POSTFASTER LLC, CLASSIFIED SOLUTIONS LTD, MEDALIST HOLDINGS, INC., ADTECH B.V., UGC TECH GROUP, C.V., POSTING SOLUTIONS LLC and CEREUS PROPERTIES LLC,

    Defendants.

## ORDER

Plaintiffs' Unopposed Motion for Extension of Time and Leave to File Opposition to Motion to Dismiss the Amended Complaint in Excess of Page Limitation (Doc. 114), is **GRANTED**. Plaintiffs have through August 24, 2018 to file up to a 25 page response to the motion to dismiss.

**DONE** and **ORDERED** in Orlando, Florida on July 20, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties