UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| FLORIDA ABOLITIONIST, et al | | CIVIL ACTION NO.: 6:17-CV-00218-JA-TBS |
| | vs | *Plaintiff* |
| BACKPAGE.COM LLC, et al., | | |
| | | *Defendant* |

## AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware,

That on **06/08/2018** at **11:05 AM** at **1209 Orange Street, Wilmington, DE 19801**

deponent served **Summons in a Civil Action, First Amended Civil Complaint and Demand For Jury Trial with Exhibits A-B**

on **Cereus Properties LLC**, a Delaware limited liability company, c/o The Corporation Trust Company, Registered Agent,

by delivering thereat a true copy of each to **Amy McLaren (authorized to accept service)** personally.

Description of Person Served:
Gender : Female
Skin : White
Hair : Brown
Age : 22 - 35 Yrs.
Height : 5' 4" - 5' 8"
Weight :100-130 Lbs.
Other :

Sworn to before me this
11th day of June, 2018

_____
NOTARY PUBLIC

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

_____
Kevin S. Dunn