**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**FLORIDA ABOLITIONIST, et al**

CIVIL ACTION NO.:
6:17-CV -00218-JA-TBS

*Plaintiff*

vs

**BACKPAGE.COM LLC, et al.,**

*Defendant*

## AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware.

That on **06/25/2018 at 2:45 PM** at **Townsend Building, 401 Federal Street, Dover, DE 19901**

deponent served a(n) **Summons in a Civil Action, First Amended Civil Complaint and Demand for Jury Trial with Exhibits A-B**

on **Posting Solutions, LLC**, a Delaware limited liability company, by delivering thereat two copies of each to the office of the Delaware Secretary of State to **Jamie Tompkins** personally,

deponent knew said Delaware limited liability company so served to be the Delaware limited liability company described in said documents as said defendant and knew said individual to be authorized to accept service thereof.

Description of Person Served:
Gender : Female
Skin : White
Hair : Brown
Age : 36 - 50 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.

At the time of said service, deponent paid (tendered) in advance $50.00 the fee required by the Delaware Secretary of State.

Sworn to before me this
26th day of June, 2018

_____
NOTARY PUBLIC

Granville Morris

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020