# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FLORIDA ABOLITIONIST, INC., JANE DOE #1, JANE DOE #2, and SUSAN ROE,

    Plaintiffs,

v.

Case No: 6:17-cv-218-Orl-28TBS

BACKPAGE.COM LLC; CARL FERRER; MICHAEL LACEY; JAMES LARKIN; WEBSITE TECHNOLOGIES, LLC; IC HOLDINGS LLC; DARTMOOR HOLDINGS LLC; CAMARILLO HOLDINGS LLC; ATLANTISCHE BEDRIJVEN C.V.; KICKAPOO RIVER INVESTMENTS, LLC; AMSTEL RIVER HOLDINGS LLC; POSTFASTER LLC; CLASSIFIED SOLUTIONS LTD; MEDALIST HOLDINGS, INC.; ADTECH B.V.; UGC TECH GROUP, C.V.; POSTING SOLUTIONS LLC; and CEREUS PROPERTIES LLC,

    Defendants.

## ORDER

Upon consideration of the Motion for Leave to File Reply (Doc. 139) filed by Defendants Medalist Holdings, Inc., Camarillo Holdings LLC, Cereus Properties LLC, Michael Lacey, and James Larkin, it is **ORDERED** that the motion is **GRANTED**. These defendants may file a reply of ten pages or fewer by **August 13, 2018**.

**DONE** and **ORDERED** in Orlando, Florida, on August 3, 2018.

    JOHN ANTOON II
    United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties