UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| FLORIDA ABOLITIONIST; JANE DOE #1; JANE DOE #2; and SUSAN ROE,<br><br>Plaintiffs,<br><br>-against-<br><br>BACKPAGE.COM LLC; CARL FERRER; MICHAEL LACEY; JAMES LARKIN; WEBSITE TECHNOLOGIES, LLC; IC HOLDINGS LLC; DARTMOOR HOLDINGS LLC; CAMARILLO HOLDINGS LLC; ATLANTISCHE BEDRIJVEN CV; KICKAPOO RIVER INVESTMENTS, LLC; AMSTEL RIVER HOLDINGS LLC; POSTFASTER LLC; CLASSIFIED SOLUTIONS LTD; MEDALIST HOLDINGS, INC; AD TECH BV; UGC TECH GROUP CV; POSTING SOLUTIONS LLC; and CEREUS PROPERTIES LLC,<br><br>Defendants. | Civil Action No. 6:17-cv-00218-JA-TBS |

## DECLARATION OF DANIEL G. BOYLE

I, DANIEL G. BOYLE, hereby declare under the penalty of perjury as follows:

1. I am a lawyer at the law firm of Boies, Schiller, and Flexner, and am counsel for the Plaintiffs in this action.

2. On September 12, 2018, I spoke with John Kucera, an Assistant United States Attorney in the Central District of California, regarding the pending stay motion in this action.

3. During that call, Mr. Kucera advised me that the Government had taken no position on the Motion to Stay.

September 14, 2018

_____
DANIEL G. BOYLE