IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **FLORIDA ABOLITIONIST, INC. et al.**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**BACKPAGE.COM LLC, et al,**<br><br>    **Defendants.** | Case No. 6:17-CV-00218-JA-TBS |

**PLAINTIFFS' MOTION TO SUBSTITUTE COUNSEL**

Plaintiffs FLORIDA ABOLITIONIST, JANE DOE #1; JANE DOE #2 and SUSAN ROE (collectively, "Plaintiffs"), move the Court for an Order substituting Sigrid McCawley of Boies Schiller Flexner LLP in place of Karen Caudill Dyer, Karen Chesley (admitted *pro hac vice*), and Evan North (admitted *pro hac vic*e)—who are no longer associated with Boies Schiller Flexner LLP—as counsel of record for Plaintiffs in this action, relieving said counsel from all further responsibility as counsel, and directing the Clerk to terminate said counsel as counsel of record for Plaintiffs.

Contact information for new counsel is as follows:

Sigrid S. McCawley
Boies Schiller Flexner LLP
401 East Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301

Ms. McCawley is fully familiar with these proceedings, and her substitution as counsel for the Plaintiffs will not delay these proceedings or prejudice any party.

Ms. McCawley is familiar with the Local Rules and agrees to abide by them, as well as the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

Counsel for Plaintiffs are authorized to represent that they have conferred with All Counsel and there are no objections to this Motion for Substitution of Counsel.

Wherefore, Plaintiffs request that this Court grant this Motion to Substitute Sigrid McCawley of Boies Schiller Flexner LLP in place of the aforementioned Counsel subject to this Motion.

Dated: February 23, 2022

Respectfully submitted,

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.
FL Bar No. 129305
BOIES SCHILLER FLEXNER LLP
410 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: smccawley@bsfllp.com

/s/ Karen Caudill Dyer
Karen Caudill Dyer, Esq.
FL Bar No. 716324
CADWALADER, WICKERSHAM
  & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
karen.dyer@cwt.com

/s/ Evan North
Evan North, Esq.
DLA PIPER LLP
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 656-3301

/s/ Karen Chesley
Karen Chesley, Esq.
THE NEW YORK TIMES COMPANY
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 556-5153
Email: karen.chesley@nytimes.com

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of February, 2022, I electronically filed the foregoing Motion to Substitute Counsel using the Court's NextGen CM/ECF system, which caused service of such filing on all Counsel of Record.

/s/ Sigrid S. McCawley

Sigrid S. McCawley, Esq.
FL Bar No. 129305
BOIES SCHILLER FLEXNER LLP
410 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: smccawley@bsfllp.com