IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **FLORIDA ABOLITIONIST, INC. et al.**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**BACKPAGE.COM LLC, et al,**<br><br>    **Defendants.** | Case No. 6:17-CV-00218-JA-TBS |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Karen C. Dyer, Karen Chesley (admitted *pro hac vice*), and Evan North (admitted *pro hac vice*) (together, the "Withdrawing Attorneys"), move to withdraw as counsel for Plaintiffs FLORIDA ABOLITIONIST, JANE DOE #1; JANE DOE #2 and SUSAN ROE (collectively, "Plaintiffs") pursuant to USMD Rule 2.02. The grounds for this Motion are as follows:

1. Karen C. Dyer, Karen Chesley, and Evan North are no longer affiliated with the law firm Boies Schiller Flexner LLP ("BSF").

2. BSF will continue to represent Plaintiffs. Sigrid McCawley, who is admitted to the Florida Bar and the United States District Court, has appeared in place of the Withdrawing Attorneys.

3. Ms. Dyer is unable to move to withdraw due to a health emergency. Pursuant to USMD Rule 2.02(c), Ms. McCawley has the authority to submit this motion on behalf of the Withdrawing Attorneys.[1]

---

[1] Ms. Chesley and Mr. North were admitted *pro hac vice* and previously relied on Ms. Dyer to submit filings on their behalf in this jurisdiction. Ms. Dyer, Ms. Chesley, and Mr. North all consent to Ms. McCawley filing this motion on their behalf.

4. Sigrid McCawley is fully familiar with these proceedings, and her substitution as counsel for the Plaintiffs will not delay these proceedings or prejudice any party. Ms. McCawley is familiar with the Local Rules and agrees to abide by them, as well as the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

5. Pursuant to USMD Rule 2.02(c)(1)(B)(i), I hereby certify that Plaintiffs consent to withdrawal.

## MEMORANDUM OF LAW

The Court may permit withdrawal of an attorney who has entered an appearance pursuant to USMD Rule 2.02(c). The requirements of the Local Rule have been satisfied. Withdrawal is therefore warranted in this instance.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)

Counsel for Plaintiffs have conferred with All Counsel. There are no objections to this motion.

## CONCLUSION

WHEREFORE, Plaintiffs request that this Court grant this Motion to withdraw Karen C. Dyer, Karen Chesley, and Evan North from this case and relieve them from any future responsibilities in this matter.

Dated: March 3, 2022

Respectfully submitted,

/s/ Sigrid S. McCawley
Sigrid S. McCawley, Esq.
FL Bar No. 129305
BOIES SCHILLER FLEXNER LLP
410 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: smccawley@bsfllp.com

/s/ Karen Caudill Dyer
Karen Caudill Dyer, Esq.
FL Bar No. 716324
CADWALADER, WICKERSHAM
  & TAFT LLP
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
karen.dyer@cwt.com

/s/ Evan North
Evan North, Esq.
DLA PIPER LLP
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
Facsimile: (215) 656-3301

/s/ Karen Chesley
Karen Chesley, Esq.
THE NEW YORK TIMES COMPANY
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 556-5153
Email: karen.chesley@nytimes.com

## CERTIFICATE OF SERVICE

I certify that on this 3rd day of March, 2022, I electronically filed the foregoing Motion to Withdraw as Counsel using the Court's NextGen CM/ECF system, which caused service of such filing on all Counsel of Record.

/s/ Sigrid S. McCawley

Sigrid S. McCawley, Esq.
FL Bar No. 129305
BOIES SCHILLER FLEXNER LLP
410 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: smccawley@bsfllp.com