IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA ABOLITIONIST, INC.,
JANE DOE #1, JANE DOE #2, and
SUSAN ROE,

    Plaintiffs,

v.

BACKPAGE.COM LLC; CARL
FERRER; MICHAEL LACEY;
JAMES LARKIN; WEBSITE
TECHNOLOGIES, LLC; IC
HOLDINGS LLC; DARTMOOR
HOLDINGS LLC; CAMARILLO
HOLDINGS LLC; ATLANTISCHE
BEDRIJVEN CV; KICKAPOO
RIVER INVESTMENTS, LLC;
AMSTEL RIVER HOLDINGS
LLC; POSTFASTER LLC;
CLASSIFIED SOLUTIONS LTD;
MEDALIST HOLDINGS, INC; AD
TECH BV; UGC TECH GROUP
CV; POSTING SOLUTIONS LLC;
and CEREUS PROPERTIES LLC,

    Defendants.
_____/

Case No.:  6:17-CV-00218-JA-TBS

### REWEWED MOTION TO WITHDRAW AS COUNSEL FOR THE BACKPAGE DEFENDANTS

Mark A. Castillo and Joel Ewusiak and their respective law firms, counsel for Backpage.com, LLC; Website Technologies, LLC; IC Holdings, LLC; Dartmoor Holdings, LLC; Atlantische Bedrijven CV; Kickapoo River Investments, LLC; Amstel River Holdings, LLC; Postfaster, LLC; Classified Solutions, LLC; Ad Tech BV; UGC

1

Tech Group CV; and Posting Solutions, LLC (the "**Backpage Defendants**"), pursuant to applicable Local Rules of the U.S. District Court for the Middle District of Florida, renew their request for leave to withdraw as counsel of record for the Backpage Defendants, in compliance with the Court's Order dated September 26, 2025 (Doc. 172). In support of this renewed motion, undersigned counsel states as follows:

1. Undersigned counsel previously filed a motion to withdraw as counsel (Doc. 169). By Order dated September 26, 2025 (the "**Order**"), the Court granted the motion as to Defendant Carl Ferrer but denied the motion as to the Backpage Defendants. (Doc. 172).

2. In the Order, the Court indicated that undersigned counsel may renew the portion of their request to withdraw as to the corporate entities (i.e., the Backpage Defendants) "with a supplemental declaration—signed by Mr. Ferrer or the individual(s) responsible for those entities—acknowledging that (1) once counsel withdraw from this matter, the corporate entities must obtain new counsel within the time ordered by the Court, and (2) if the Backpage Defendants fail to obtain substitute counsel within that time permitted, the Court may enter a default judgment against them." *See* p. 2-3 of the Order. Accordingly, a supplemental declaration from Mr. Ferrer to this effect is attached hereto, and undersigned counsel hereby renew their request to withdraw as counsel of record for the Backpage Defendants.

3. Mark A. Castillo, as lead counsel admitted pro hac vice on August 28, 2018 (Doc. 147), and Joel Ewusiak, as local counsel, seek to withdraw as counsel for

the Backpage Defendants pursuant to the terms of representation in their respective fee agreements. Further, Local Rule 2.01(c), per an amendment to the Local Rules effective April 1, 2024, eliminated the requirement of local counsel for a lawyer appearing pro hac vice.

4. Ferrer, as a representative for the Backpage Defendants, has consented to the withdrawal of counsel. The withdrawal of counsel for the Backpage Defendants will not cause a continuance of any deadlines or the trial in this case.

5. The mailing address, email address, and telephone number for the Backpage Defendants is as follows:

**Carl Ferrer's** mailing address is 2531 Tumbleweed way, Frisco, Texas 75034.
His Email address is carlferrer15@gmail.com.
His Phone number is (214) 471-5805.

**Backpage Defendants** – The entities have been dissolved. Contact Carl Ferrer as the last known representative or the Delaware Secretary of State.

WHEREFORE, Mark A. Castillo and Joel Ewusiak and their respective law firms renew their request for the Court to grant them leave to withdraw as counsel for the Backpage Defendants.

## Certification of Client Consent to Withdraw

Undersigned counsel certifies that their clients consent to their withdrawal as counsel.

Local Rule 3.01(g) Certification

Undersigned counsel certifies that they have conferred with Plaintiffs' counsel concerning the relief requested in this motion. Plaintiffs' counsel does not oppose the requested relief.

Date: October 3, 2025.

| /s/ Mark A. Castillo | /s/ Joel Ewusiak |
|---|---|
| Mark A. Castillo | Joel Ewusiak |
| Carrington, Coleman, | Fla. Bar No.: 0509361 |
| Sloman & Blumenthal, L.L.P. | Ewusiak Law, P.A. |
| 901 Main St., Ste. 5500 | 12191 W. Linebaugh Ave., #708 |
| Dallas, TX 75202 | Tampa, FL 33626 |
| Telephone: 214.855.3102 | T: 727.286.3559 |
| Email: markcastillo@ccsb.com | F: 727.286.3219 |
| *Lead Counsel for the Backpage Defendants* | E: joel@ewusiaklaw.com |
| | *Local Counsel for the Backpage Defendants* |

CERTIFICATE OF SERVICE

I certify that, on October 3, 2025, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notice of filing to all counsel of record.

/s/ Joel Ewusiak
Joel Ewusiak