IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA ABOLITIONIST, INC.,
JANE DOE #1, JANE DOE #2, and
SUSAN ROE,
    Plaintiffs,

v.

BACKPAGE.COM LLC; CARL
FERRER; MICHAEL LACEY;
JAMES LARKIN; WEBSITE
TECHNOLOGIES, LLC; IC
HOLDINGS LLC; DARTMOOR
HOLDINGS LLC; CAMARILLO
HOLDINGS LLC; ATLANTISCHE
BEDRIJVEN CV; KICKAPOO
RIVER INVESTMENTS, LLC;
AMSTEL RIVER HOLDINGS LLC;
POSTFASTER LLC; CLASSIFIED
SOLUTIONS LTD; MEDALIST
HOLDINGS, INC; AD TECH BV;
UGC TECH GROUP CV; POSTING
SOLUTIONS LLC; and CEREUS
PROPERTIES LLC,
    Defendants.

Case No.: 6:17-CV-00218-JA-TBS

**SUPPLEMENTAL DECLARATION IN FAVOR OF**
**WITHDRAWAL OF COUNSEL FOR BACKPAGE DEFENDANTS**

    I, Carl Ferrer, a representative of the Backpage Defendants in the above-referenced matter, hereby declare the following:

1. I am informed and understand that the corporate entities must obtain new counsel after withdrawal of current counsel, and that the Court may order that retention be obtained within a certain time.

2. I am further informed and understand that failure to obtain counsel within the permitted time may result in default judgment against the corporate entities.

Date: 10-3-2025

_____
CARL FERRER