UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA ABOLITIONIST, INC., JANE DOE #1, JANE DOE #2; and SUSAN ROE,

    Plaintiffs,

  vs.

BACKPAGE.COM LLC, CARL FERRER, MICHAEL LACEY, JAMES LARKIN, WEBSITE TECHNOLOGIES, LLC, IC HOLDINGS LLC, DARTMOOR HOLDINGS LLC, CAMARILLO HOLDINGS LLC, ATLANTISCHE BEDRIJVEN C.V., KICKAPOO RIVER INVESTMENTS, LLC, AMSTEL RIVER HOLDINGS LLC, POSTFASTER LLC, CLASSIFIED SOLUTIONS LTD, MEDALIST HOLDINGS, INC., ADTECH B.V., UGC TECH GROUP, C.V., POSTING SOLUTIONS LLC; and CEREUS PROPERTIES LLC,

    Defendants.

Case No.
6:17-cv-218-JA-RMN

## ORDER

This matter is before the Court without oral argument on Motion to Withdraw as Attorney for the Backpage Defendants (Dkt. 175), filed October 3, 2025.

The Motion is due to be granted. The Backpage Defendants are cautioned that they may not appear in federal court without counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). If the Backpage Defendants do not retain counsel to defend this matter, the Court may enter a default judgment in favor of Plaintiffs. *Textron Fin. Corp. v. RV Having Fun Yet, Inc.*, No. 3:09-cv-2, 2010 WL 1038503, at *5 (M.D. Fla. Mar. 19, 2010).

Accordingly, it is **ORDERED**:

1. The Motion (Dkt. 175) is **GRANTED**. Attorneys Mark A. Castillo and Joel Ewusiak are withdrawn as counsel of record for the Backpage Defendants;

2. The Backpage Defendants shall have until October 20, 2025, to retain substitute counsel, who shall file a notice of appearance;

3. If an attorney does not file a notice of appearance on the Backpage Defendants' behalf within this time, the Court will direct the Clerk to enter a clerk's default against them; and

4. The Clerk of Court is directed to update the docket to reflect the contact information for the individual pro se Defendant,

Mr. Carl Ferrer.

**DONE** and **ORDERED** in Orlando, Florida, on October 6, 2025.

_____
ROBERT M. NORWAY
United States Magistrate Judge

Copies to:

Carl Ferrer
2531 Tumbleweed Way
Frisco, Texas 75034

Counsel of Record